**Fill in this information to identify the case:**

Debtor 1: CEDRIC JACQUES ALLEN
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): _____
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number (if known): 14 B 000205

- [ ] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [X] Chapter 13

# Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A), the court orders that:

[ ] The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

[X] The debtor(s) must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $ 70.25 | 02/05/2014 Month / day / year |
| $ 70.25 | 03/07/2014 Month / day / year |
| $ 70.25 | 04/06/2014 Month / day / year |
| + $ 70.25 | 05/06/2014 Month / day / year |
| Total $ 281.00 | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

01/10/2014
Month / day / year

By the court: _Janet S. Baer_ (signature)
United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

Case Number :  **14 B 00205**
Case Name    :  **Cedric Jacques Allen**

I, Anthony Watson, Courtroom Deputy to the Honorable Judge Janet S. Baer, certify that on **January 10, 2014**, I caused copies of the attached **Order Approving Payment of Filing Fee in Installments** dated, **January 10, 2014,** to be served to the parties listed below via facsimile (where indicated); electronically served through the Court's CM/ECF system (where indicated); via First Class Mail as indicated by (**).

*Debtor*

**Cedric Jacques Allen(**)**

7125 S Washtenaw

Chicago, IL 60629


*Trustee*

**Tom Vaughn**

served electronically


*U.S. Trustee*

**Patrick S Layng**

Office of the U.S. Trustee, Region 11
served electronically

/s/ Anthony Watson
Courtroom Deputy